642

424 A.2d 550

Commonwealth v. Nusser alias Smith, Appellant.

Submitted April 12, 1979. Norman C. Nusser, in propria personam, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Order affirmed.

SPAETH, J. concurred in the result.

424 A.2d 551

Baughman v. Baughman, Appellant.

Submitted April 12, 1979. Merle F. Sustersich, for appellant; Blair V. Pawlowski, for appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.